SILBERMAN, Judge.
 

 Bernardino Ramos Vazquez appeals his convictions and sentences for burglary of an unoccupied dwelling and grand theft and contends that he is entitled to additional jail credit for time served. The trial court properly dismissed as facially insufficient Vazquez’s motion for jail credit filed pursuant to Florida Rule of Criminal Procedure 3.800(b)(2). Because Vazquez may be able to prove that he is entitled to additional credit, we affirm his convictions and sentences without prejudice to any right he may have to file a timely postcon-viction motion that seeks additional credit.
 
 See Lowe v. State,
 
 889 So.2d 931, 933 (Fla. 2d DCA 2004). The circuit court should not deem such a motion successive.
 
 Id.
 

 Affirmed without prejudice to seek post-conviction relief.
 

 LaROSE and CRENSHAW, JJ., Concur.